**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NEBULA GENOMICS, INC., a Delaware Corporation, META PLATFORMS, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and GOOGLE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 1:24-cv-09894-JIC<br><br>Hon. Jeffrey I. Cummings |

**DEFENDANT GOOGLE LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant Google LLC ("Google") respectfully moves the Court to dismiss all claims asserted against it in Plaintiff's Complaint, ECF No. 1, pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure to state a claim. In support of its motion, Google submits the accompanying memorandum of law, declaration of Kevin Lam, declaration of Margo Narayan, request for judicial notice, declaration of David Doak, and exhibits attached thereto.

Dated: January 7, 2025

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: */s/ Debra Bogo-Ernst*

Debra Bogo-Ernst (IL Bar No. 6271962)
Dernst@willkie.com
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 728-9062
Facsimile: (312) 728-9199

Benedict Y. Hur (*pro hac vice*)
Simona A. Agnolucci (*pro hac vice*)
Eduardo E. Santacana (*pro hac vice*)
David D. Doak (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
333 Bush Street, 34th Floor
San Francisco, CA 94134
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant*
*Google LLC*