UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEBULA GENOMICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 1:25-cv-12288-BEM<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Thomas E. Lent, Barrow Lent LLP as counsel for and on behalf of the Defendant Nebula Genomics, Inc. in the above-captioned action.

        NEBULA GENOMICS, INC.,

        By its attorneys,

        /s/ Thomas E. Lent
        Thomas E. Lent, BBO #644970
        BARROW LENT LLP
        98 N. Washington Street, Suite 230
        Boston, MA 02114
        Tel: 617-830-5463
        Email: tlent@marbarlaw.com

Date: November 13, 2025

CERTIFICATE OF SERVICE

      Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on November 13, 2025.

      */s/ Thomas E. Lent*
      Thomas E. Lent