UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,

*Plaintiff*,

-against-

NEBULA GENOMICS, INC.,

*Defendant*.

Case No. 1:25-cv-12288

**DECLARATION OF WALLACE NEEL IN SUPPORT OF DEFENDANT NEBULA GENOMICS, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b)(1) and 12(B)(6)**

I, Wallace Neel, declare as follows:

1. I am Counsel of Record for Nebula Genomics, Inc. in this action, admitted *pro hac vice*. I respectfully submit this Declaration in support of Defendant Nebula Genomics, Inc.'s Motion To Dismiss Pursuant To Fed. R. Civ. P. 12 (b)(1) and 12(b)(6) (the "Nebula Motion").

2. Annexed hereto as Exhibit A is a true and correct copy of the Decision and Order entered by the Honorable Jeffrey I. Cummings of the United States District Court for the Northern District of Illinois (Eastern Division) on July 24, 2025 in this action prior to its transfer to this Court.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of November, 2025.

Wallace Neel