UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>-against-<br><br>NEBULA GENOMICS, INC.,<br><br>*Defendant*. | Case No. 1:25-cv-12288 |

**DEFENDANT NEBULA GENOMICS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Nebula Genomics, Inc. ("Nebula") hereby makes the following disclosure: (i) Nebula is a Delaware corporation; (ii) its parent corporation is ProPhase Labs, Inc., which is a publicly-held corporation (PRPH), that owns 100% of Nebula's stock.

NEBULA GENOMICS, INC.,

By its attorneys,

/s/ Thomas E. Lent
Thomas E. Lent, BBO # 644970
BARROW LENT LLP
98 N. Washington St., Suite 230
Boston, Massachusetts 02114
(617) 830-5463
Dated:  November 24, 2025            tlent@marbarlaw.com

- and –

/s/ Wallace Neel
Wallace Neel (Admitted *Pro Hac Vice*)
WALLACE NEEL PLLC
One Blue Hill Plaza, LL Suite 1509
Pearl River, NY 10965

CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on November 24, 2025.

/s/ Thomas E. Lent