## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals, <br><br> *Plaintiff,* <br><br> v. <br><br> NEBULA GENOMICS, INC., <br><br> *Defendants*. | Case No. 1:25-cv-12288-BEM <br><br> Hon. Brian E. Murphy, District Judge <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER*

NOW COMES Plaintiff, by her attorneys, LOEVY & LOEVY, under Local Rule 5.4(d), and respectfully moves this Court for leave to file *instanter* her response to Defendant's Motion to Dismiss. In support, Plaintiff states as follows:

1. Plaintiff's Response to Defendant's Motion is due today, December 8, 2025.

2. Counsel for Plaintiff have been diligent in preparing the responsive pleading. However, due to the complexity of the matters raised in the pleadings, and competing obligations with respect to other matters, counsel were unable to file their response by 6:00 pm, Eastern Standard Time, deadline.

3. Plaintiff seeks very narrow relief: that her attached response to Defendant's Motion to Dismiss filed less than 5 hours after the deadline be deemed timely filed *instanter*.

4. Plaintiff is seeking this relief in good faith, and it should not cause any undue delay or prejudice to the parties.

5.  Counsel for Plaintiff apologize to the Court for the delay and respectfully submit that the foregoing constitutes good cause to permit the filing of Plaintiff's Response on December 8, 2025 at 10:30 PM.

6.  WHEREFORE, counsel for Plaintiff respectfully request leave to file *instanter* the attached Response to Defendant's Motion to Dismiss.

Dated: December 8, 2025

    RESPECTFULLY SUBMITTED,

    By: /s/ Thomas M. Hanson
    *One of Plaintiffs' Attorneys*

    Mark Loevy-Reyes, BBO No. 707974
    Jonathan Loevy*
    Michael Kanovitz*
    Thomas M. Hanson*
    Loevy + Loevy
    311 N. Aberdeen St., 3rd Floor
    Chicago, IL 60607
    P: (312) 243-5900
    F: (312) 243-5902
    hanson@loevy.com
    *Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Thomas M. Hanson, an attorney, hereby certify that on December 8, 2025, the foregoing document was filed using the Court's CM/ECF filing system, which effected service on counsel of record.

/s/ Thomas M. Hanson
Thomas M. Hanson