**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>- against-<br><br>NEBULA GENOMICS, INC., a Delaware Corporation,<br><br>*Defendants* | No. 1:25-cv-12288 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE INSTANTER**

NOW COMES Defendant, by its attorneys, WALLACE NEEL PLLC, under Local Rule 5.4(d), and respectfully moves this Court for leave to file *instanter* its Reply to Response to its Motion to Dismiss (Dkt. 97 (the "Motion")). In support, Defendant states as follows:

1. Defendant's Reply to the Response to its Motion was due yesterday, December 22, 2025, and was emailed to Plaintiff's counsel at 5:53 PM yesterday as explained below.

2. Counsel for Defendants were diligent in preparing the responsive pleading and attempted for several hours yesterday prior to 6:00 PM to upload it via ECF. However, due to the inability of the ECF system to accept the password of a *pro hac vice* filer attempting to link accounts via the link provided by the Court in the Minute Entry at Document 96 on the Docket, the document could not be uploaded. Several

attempts to change the existing password to a new password were made, but even at that rate the ECF system rejected all attempts.

3. To eliminate any potential prejudice, counsel for Defendant finally just sent the Reply brief by email to Plaintiff's counsel Tom Hanson at 5:53 PM yesterday, December 22, 2025, and explained that technical difficulties were preventing ECF upload. Notably, that service via email to Defendant's counsel was timely pursuant to the schedule.

4. Mr. Hanson responded at 6:02 PM to acknowledge receipt and wrote, "No worries, happy holidays to you too."

5. With assistance from the Court's ECF Helpdesk, who have been excellent even though understaffed due to the holiday week, the document was successfully uploaded at 3:25 PM today. No changes were made to the form of the PDF document that was emailed to Mr. Hanson yesterday, other than to update the Certificate of Service to reflect the timing of the successful upload.

6. Defendant is seeking this relief in good faith, and it should not cause any undue delay or prejudice to the opposing party, whose attorney had the brief timely delivered via email to him and who acknowledged receipt.

7. Counsel for Defendant apologizes to the Court for the delay and respectfully submit that the foregoing constitutes good cause to permit the filing of Defendant's Reply to the Response on December 23, 2025 at 3:25 PM.

8. WHEREFORE, counsel for Defendant respectfully request leave to file *instanter* the attached Reply Response to its Motion to Dismiss.

Dated: December 23, 2025

Respectfully submitted,
NEBULA GENOMICS, INC

BARROW LENT, LLP
Thomas E. Lent, Esq.
98 N. Washington Street, Suite 230
Boston, MA 02114
617-830-5463 ;
tlent@marbarlaw.com

*/s/ Wallace Neel*
Wallace Neel, Esq.
WALLACE NEEL PLLC
One Blue Hill Plaza, LL Suite 1509
Pearl River, New York 10965
Tel. (646) 524-6502
Email: wallace@wallaceneel.com
*Admitted Pro Hac Vice*

*Attorneys for Nebula Genomics, Inc.*

## CERTIFICATE OF SERVICE

I, Wallace Neel, an attorney, hereby certify that on December 23, 2025, the foregoing document was filed using the Court's CM/ECF filing system, which effected service on counsel of record.

/s/ Wallace Neel
Wallace Neel