UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,

*Plaintiff*,

-against-

NEBULA GENOMICS, INC.,

*Defendant*.

Case No. 1:25-cv-12288

**JOINT MOTION TO RESCHEDULE THE
HEARING ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff and Defendant, by their undersigned counsel, respectfully request the Court to reschedule the Hearing on Defendant Nebula Genomics, Inc.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and (12)(b)(6) ("Defendant's Motion to Dismiss") (Docket No. 97). In support of this motion, the parties jointly state as follows:

1. By notice dated December 23, 2025 (Docket No. 106), a Hearing on Defendant's Motion to Dismiss was scheduled for January 29, 2026.

2. Lead Counsel for Defendant Nebula Genomics, Inc. has a previously scheduled, court-ordered, prepaid mediation with JAMS in New York City on January 29, 2026 and, therefore, not able to attend the hearing as presently scheduled.

3. Counsel have conferred, and are available on February 3, February 4 (other than 2:30-3:30 PM), or February 5, with a preference for February 5 if possible. If none of those dates are acceptable to the Court, counsel will accommodate the Court's availability at a later date.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court allow this motion and reschedule the Hearing on Defendant's Motion to Dismiss.


Respectfully submitted,

| | |
|---|---|
| /s/ Thomas M. Hanson | /s/ Thomas E. Lent |
| Mark Loevy-Reyes, BBO#707974 | Thomas E. Lent, BBO # 644970 |
| Jonathan Loevy* | BARROW LENT LLP |
| Michael Kanovitz* | 98 N. Washington St., Suite 230 |
| Thomas M. Hanson* | Boston, Massachusetts 02114 |
| Loevy + Loevy | (617) 830-5463 |
| 311 N. Aberdeen St., 3rd Floor | tlent@marbarlaw.com |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| hanson@loevy.com | - and - |
| *Admitted *Pro Hac Vice* | |
| | /s/ Wallace Neel |
| Counsel for Plaintiff | Wallace Neel (Admitted *Pro Hac Vice*) |
| | WALLACE NEEL PLLC |
| | One Blue Hill Plaza, LL Suite 1509 |
| | Pearl River, NY 10965 |
| | |
| | Counsel for Defendant Nebula Genomics, Inc. |

CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on January 8, 2026.

/s/ Thomas E. Lent