**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ANTOINETTE PORTILLO, individually
and on behalf of a class of similarly situated
individuals,

          *Plaintiff,*

    v.

NEBULA GENOMICS, INC., *et al.*,

          *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-12288-BEM

Hon. Brian E. Murphy, District Judge

**JURY TRIAL DEMANDED**

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated October 30, 2025 (Dkt. 93), the undersigned parties submit the following joint statement.

1.  The parties have both propounded interrogatories and document requests.

2.  Through mutual agreement of counsel, and given the scope of the discovery sought by both Parties, the Parties' responses to the written discovery are currently due on July 8, 2026.

3.  Upon receipt and review of the Parties' discovery requests, the Parties anticipate taking depositions of the parties, and have conferred and agreed that those depositions may proceed outside the close of fact discovery.

4.  The Parties currently believe that expert discovery and dispositive motions will proceed in accordance with the current scheduling order, but will advise the Court promptly in the event that they will either individually or jointly seek an extension of the schedule.

5.  No settlement discussions have taken place.

6.   At this time, there are no motions anticipated by either Party.

Dated: July 6, 2026                                    Respectfully submitted,

**Plaintiff Antoinette Portillo**                    **Defendant Nebula Genomics, Inc.**

By: *Thomas M. Hanson*_____                        By:  __*Wallace Neel*_
Counsel for Plaintiff                                Counsel for Defendant

Mark Loevy-Reyes                                     Wallace Neel
Jon Loevy (*pro hac vice*)                           Wallace Neel PLLC
Mike Kanovitz (*pro hac vice*)                       1 Blue Hill Plaza, LL Suite 1509
Thomas M. Hanson (*pro hac vice*)                    Pearl River, NY 10965
Loevy + Loevy                                        (646) 524-6502 (phone)
311 N Aberdeen, 3rd Fl                               wallace@wallaceneel.com
Chicago, IL 60607
(312) 243-5900 (phone)
hanson@loevy.com

**CERTIFICATE OF SERVICE**

I, Thomas M. Hanson, hereby certify that on July 6, 2026, the foregoing document was filed using the Court's CM/ECF system, which effected service on all counsel of record.

By: *Thomas M. Hanson*_____
Counsel for Plaintiff

3